# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SARA GREGORY,**

    **Plaintiff,**

**vs.**                                             **CASE NO. 4:21-cv-423-AW-MAF**

**AHI HOLDINGS, LLC,**

    **Defendant.**

_____/

## TAXATION OF COSTS BY CLERK

Judgment was entered in favor of the Defendant AHI Holdings, LLC and against the Plaintiff Sara Gregory in the above entitled action on January 3, 2023. A Bill of Costs was filed by the Defendant **AHI Holdings LLC** (doc. 39). Objections and memorandum in Opposition was filed by the Plaintiff (doc. 40). Pursuant to a Court Order regarding Bill of Costs (doc. 43) The undersigned hereby taxed costs as follows;

The Clerk taxes costs against Plaintiffs in the amount of $9,766.80 for the Defendant.

Done this 6th day of February, 2023, at Gainesville, Florida.

                                      JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT

                  By:   *s/ Blair K. Patton*
                          Resident Deputy-in-Charge
                          Gainesville Division